FILED
IN CLERKS OFFICE

2004 NOV 30  P 1:24

U.S. DISTRICT COURT
DISTRICT OF MASS.

United States District Court
District of Massachusetts

Plaintiff: Chereese Jihad

                          Civil Action

Defendants:

    M.I.T.
    Sullivan Weinstein & McQuay

Complaint
Parties

1. The plaintiff: Chereese Jihad is a resident of Roxbury Ma. in the county of Suffolk, ss. and a citizen of the United States.

2. The defendant: Massachusetts Institute of Technology and a citizen of the United State

3. The court has Jurisdiction over this matter pursuante to 28 U.S.C. 1331

On March 11, 2003 plaintiff Chereese Tihool after being employed at M.I.T. in the medical Dept. as a dental assentant was fired.

On March 10, 2003 Chereese at the advice of her Office manager Ms. Donna Hayes, filed a complaint aginst Doctor Padwa.
The complaint was a racial Remark towards Chereese from Doctor Padwa
Stating "you Monkey's need to get your stories togather." The following day I was fired from my Job, for being fired according to Donna Hayes was my lack of performance, the same person who advised me what to do about my setutation was the same person who the one who divised the paper work for my being fired
I also presented that Donna Hayes went into my Medical Record to see if I had a doctor's appointment which ended up showing that I did.

When I presented this information to M.C.A.D they did not bring forth nor did they investigate this complaint.

When Chereese Jihad showed the timing of Danna Hayes going on vacation at the same time of those who comspered in formes of a letter that went along with her evalavation to say she violated her evalavation ~~that was~~ already set against her. Chereese had question Danna Hayes going into Medical Record.

As a result I not only lost my job, 401k plan, car, had to evacuate my home, mental destress and this has turned my life around for the worse.

Wherefore, the plantiff ~~demandas~~ judnent aginst the defendants for damages and such other relief of this court deem just. The plaintiff wants a trial by jury, and request the amount for damages Sum of $175.000.

Chereese Jihad
79 Munroe St Apt #2
Roxbury MA. 02119
tel: 617-541-3601