Chereese Jihad - Plaintiff        1/17/05
79 Munroe St #2
Roxbury ma 02119                   04-12550-RGS
(617) 541-3601

I Chereese Jihad Plaintiff was fired by M.I.T
at the medical Dept. where I worked as an assistant
Dentist.

On March 10, 2003 I sought the advice of my office
manager MS Donna Hayes, on the fact that Dr Bonnie
Padwa rerered to me as a monkey stating "you monkeys
need to get your stories togather"

After having telling ms Hayes of this, she instructed
me to file a complaint, at which I did.

the following day 3/11/03 I was fired by ms Hayes
Reason being was "my lack of performance".

MS Donna Hayes and Dr Bonnie Padwa and others
mention before conspired to put togather lies to support
oneanother stories aginst me.

MS. Hayes also has been proved to have gone into
my medical record, without my premission.

This facts were presented to M.C.A.D and
in their findings they did not mention.

It is with this I request the Plaintiff request
your help by trial and request the amount of
damages as put forth befoie.

                    thank you
                    Cheron Jihad