UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>CHEREESE  L.  JIHAD</u>            ,
            Plaintiff,

v.                                    Civil Action No.  04-12550-RGS

<u>MASSACHUSETTS INSTITUTE OF TECHNOLOGY</u>,
            Defendant.

<u>ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES (Docket No. 4)</u>

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒    GRANTED.

☐    DENIED for the following reason(s):

☐    The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. §§ 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits.

☒    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, amended complaint, the Court's December 14, 2004 Memorandum and Order, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

 March 4, 2005                                /s/ Richard G. Stearns
DATE                                          RICHARD G. STEARNS
                                             UNITED STATES DISTRICT JUDGE