**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| Field | Value |
|---|---|
| PLAINTIFF | Chereese L. Jihad |
| COURT CASE NUMBER | 04-CV-12550 |
| DEFENDANT | Massachusetts Institute of Technology |
| TYPE OF PROCESS | Summ./Comp. |
| SERVE NAME | Sullivan Weinstein & McQuay, P.C. |
| ADDRESS | Two Park Plaza, Suite 610, Boston, MA 02116-3902 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Chereese L. Jihad
79 Munroe St
Roxbury MA 02119

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

Sullivan Weinstein & McQuay, P.C.
Two Park Plaza, Suite 610
Boston, MA 02116-3902

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 617-541-3601
DATE: 3-29-05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

Total Process: 1
District of Origin No.: 38
District to Serve No.: 38
Date: 3/29/05

I hereby certify and return that I have personally served... 

Name and title of individual served: Robert Sullivan

Date of Service: 4/1/05   Time: 11:00 am

Total Mileage Charges: 4 miles
Total Charges: 46.46

REMARKS: